SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
DENNIS COOPER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DENNIS COOPER,<br><br>          Plaintiff,<br><br>     vs.<br><br>GABY'S LATIN FLAVORS, INC;<br>JAVIER DELGADO; and DOES 1 to<br>10,<br><br>          Defendants. | **Case No.: 5:23-cv-02046 HDV (SHKx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

     Notice is hereby given that Plaintiff DENNIS COOPER ("Plaintiff") and

Defendants have settled the above-captioned matter as to the entire case.  Parties

request that the Court grant thirty (30) days from the date of this filing for Plaintiff

to file dispositional documents in order to afford Parties time to complete settlement.

 DATED:  February 6, 2024          **SO. CAL EQUAL ACCESS GROUP**


          _____/s/ Jason J. Kim_____
          JASON J. KIM
          Attorney for Plaintiff